the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. E. L. Mills* for petitioner. *Messrs. Clan Crawford* and *Russell J. Burt* for respondents.

No. 1239. FIFTH STREET BUILDING *v.* McCOLGAN, FRANCHISE TAX COMMISSIONER. See *ante*, p. 648.

No. 1208. HASTINGS *v.* HUDSPETH, WARDEN. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Andrew R. Hastings, pro se. Solicitor General Fahy, Assistant Attorney General Berge*, and *Mr. Oscar A. Provost* for respondent.

No. 1214. McANINCH *v.* SQUIER, WARDEN. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Weldon O. McAninch, pro se. Solicitor General Fahy, Assistant Attorney General Berge*, and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent.

No. 1219. WALKER *v.* SPENCER, ADMINISTRATOR, ET AL. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. A. L. Harbison* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell*, and *Mr. Vernon L. Wilkinson* for respondents.